ACCEPTED
04-15-00118-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/8/2015 1:09:50 PM
KEITH HOTTLE
CLERK

NO. 04-15-00118-CV

_____

IN THE FOURTH COURT OF APPEALS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/8/2015 1:09:50 PM
KEITH HOTTLE
Clerk

_____

**SHIRLEY ADAMS, CHARLENE BURGESS, WILLIE MAE HERBST JASIK, WILLIAM ALBERT HERBST, HELEN HERBST AND R. MAY OIL & GAS COMPANY, LTD.,**

**Appellants**

**V.**

**MURPHY EXPLORATION & PRODUCTION CO. - USA,
A DELAWARE CORPORATION,**

**Appellee**

_____

On Appeal from the 218TH District Court of Atascosa County, Texas
Honorable Stella Saxon, Presiding

_____

**APPELLANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

_____

TO THE HONORABLE FOURTH COURT OF APPEALS:

1. Appellants Shirley Adams, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst, Helen Herbst and R. May Oil & Gas Company, Ltd. request an extension of time to file Appellants' Brief. Appellants' Brief is currently due on Monday, April 13, 2015. Appellants seek a 30-day extension to Wednesday, May 13, 2015.

2. **CERTIFICATE OF CONFERENCE:** Counsel for Appellants has conferred with Macey Stokes, Lead Counsel for Appellee, who has represented that Appellee does not oppose this motion.

3. Counsel responsible for drafting and filing Appellants' Brief has had and continues to have a number of other cases requiring her attention, including preparation and filing of a reply on April 2, 2015 in No. 14-0984, *Hysaw v. Dawkins*, in the Supreme Court of Texas; preparation and filing of appellee's brief on March 23, 2015, in No. 07-14-00435-CV, *Denham v. Texas Mutual Ins. Co.*, in the Amarillo Court of Appeals; attention to various other time-sensitive matters for Texas Mutual Insurance Company; and time-sensitive preparation of an Application to Amend a Certification of Convenience and Necessity for an electric utility.

4. Because Appellants' brief is currently due April 13, 2015, this extension is necessary to afford counsel for Appellants adequate time to prepare the Appellants' Brief in this case.

5. Appellants have not previously requested any extensions of time to file Appellants' Brief in this case.

WHEREFORE, premises considered, Appellants Shirley Adams, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst, Helen Herbst and R.

May Oil & Gas Company, Ltd. request that the Court set May 13, 2015 as the deadline for Appellants to file Appellants' Brief in this case.

Respectfully submitted,

GRAVES DOUGHERTY HEARON & MOODY, P.C.


By: /s/ Mary A. Keeney
     Mary A. Keeney
     State Bar No. 11170300
     mkeeney@gdhm.com
     John B. McFarland
     State Bar No. 13598500
     jmcfarland@gdhm.com
     401 Congress Ave., Suite 2200
     Austin, Texas 78701
     Telephone: (512) 480-5682
     Facsimile: (512) 480-5882
     **ATTORNEYS FOR APPELLANTS SHIRLEY ADAMS, CHARLENE BURGESS, WILLIE MAE HERBST JASIK, WILLIAM ALBERT HERBST, HELEN HERBST AND R. MAY OIL & GAS COMPANY, LTD.**

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, a true and correct copy of the foregoing was served on counsel for Appellee via email and/or electronic service as shown below:

Macey Reasoner Stokes
Jason A. Newman
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
ATTORNEYS FOR APPELLEE MURPHY EXPLORATION &
PRODUCTION COMPANY - USA
Macey.stokes@bakerbotts.com
Jason.newman@bakerbotts.com


    /s/   Mary A. Keeney
    Mary A. Keeney